Page: 1

# Form 1
## Individual Estate Property Record and Report
## Asset Cases

**Case Number:** 19-50317 RLJ  
**Case Name:** BROMLEY INVESTMENTS, LLC  

**Period Ending:** 12/06/20

**Trustee:** (631640)   HARVEY L. MORTON  
**Filed (f) or Converted (c):** 12/05/19 (f)  
**§341(a) Meeting Date:** 01/10/20  
**Claims Bar Date:** 07/20/20

| Ref. # | 1<br>Asset Description<br>(Scheduled And Unscheduled (u) Property) | 2<br>Petition/<br>Unscheduled<br>Values | 3<br>Estimated Net Value<br>(Value Determined By Trustee,<br>Less Liens, Exemptions,<br>and Other Costs) | 4<br>Property<br>Abandoned<br>OA=§554(a) abandon. | 5<br>Sale/Funds<br>Received by<br>the Estate | 6<br>Asset Fully<br>Administered (FA)/<br>Gross Value of<br>Remaining Assets |
|---|---|---|---|---|---|---|
| 1 | Commercial Property leased to Technicare Dental<br>    Orig. Asset Memo: Imported from original petition Doc# 1; Imported from Amended Doc#: 13; | 1,200,000.00 | 143,979.00 | | 47,749.78 | 1,152,250.22 |
| 2 | Checking Account Account at Checking Account Ame<br>    Orig. Asset Memo: Imported from original petition Doc# 1; Imported from Amended Doc#: 13; | 150.63 | 150.63 | | 0.00 | 150.63 |
| 3 | Office Furniture and Fixtures. Valuation Method:<br>    Orig. Asset Memo: Imported from original petition Doc# 1; | 10,000.00 | 10,000.00 | | 3,000.00 | 7,000.00 |
| 4 | Commercial Property leased to Technicare Dental<br>    Imported from original petition Doc# 1 | 1,200,000.00 | 1,200,000.00 | | 0.00 | 1,200,000.00 |
| 5 | Checking Account Account at Checking Account Ame<br>    Imported from original petition Doc# 1 | 150.63 | 150.63 | | 0.00 | 150.63 |
| 6 | Office Furniture and Fixtures. Valuation Method:<br>    Orig. Asset Memo:<br>    Not originally scheduled; Imported from Amended Doc#: 13 | 5,000.00 | 5,000.00 | | 0.00 | 5,000.00 |
| 6 | **Assets**      Totals  (Excluding unknown values) | **$2,415,301.26** | **$1,359,280.26** | | **$50,749.78** | **$2,364,551.48** |

**Major Activities Affecting Case Closing:**

12/06/2020 - Trustee is concerned as to whether all assets have been identified.  Waiting on further information.

# Form 1
## Individual Estate Property Record and Report
## Asset Cases

| **Case Number:** | 19-50317 RLJ | **Trustee:** | (631640) | HARVEY L. MORTON |
| --- | --- | --- | --- | --- |
| **Case Name:** | BROMLEY INVESTMENTS, LLC | **Filed (f) or Converted (c):** | 12/05/19 (f) | |
| | | **§341(a) Meeting Date:** | 01/10/20 | |
| **Period Ending:** | 12/06/20 | **Claims Bar Date:** | 07/20/20 | |

| 1 | 2 | 3 | 4 | 5 | 6 |
| --- | --- | --- | --- | --- | --- |
| **Asset Description** (Scheduled And Unscheduled (u) Property) Ref. # | **Petition/ Unscheduled Values** | **Estimated Net Value** (Value Determined By Trustee, Less Liens, Exemptions, and Other Costs) | **Property Abandoned** OA=§554(a) abandon. | **Sale/Funds Received by the Estate** | **Asset Fully Administered (FA)/ Gross Value of Remaining Assets** |

**Initial Projected Date Of Final Report (TFR):** March 31, 2021        **Current Projected Date Of Final Report (TFR):** March 31, 2021